# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramos, Nelva G. | U.S. District Court, Texas | 07/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | State of Texas Judicial Retirement Plans |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 07/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Onyx Engineering--Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | TEX-ABOTA | June 28-30, 2019 | Santa Fe, NM | Receive Jurist of the Year Award | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 07/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Nelva G.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo Bank (cash) | A | Interest | J | T | | | | | |
| 3. First National Bank (cash) | A | Interest | K | T | | | | | |
| 4. New York Life Insurance Company - Whole Life | | None | K | T | | | | | |
| 5. BROKERAGE #1 (H) | | | | | | | | | |
| 6. Edward Jones Money Market (JRSXX) (cash equivalent) | A | Dividend | K | T | | | | | |
| 7. FT Bld Amer Bds 10-20 Yr #11 (VKBTHX) | A | Interest | K | T | | | | | |
| 8. Franklin Fed Tax - Free Income A (FKTIX) | B | Dividend | L | T | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. Franklin Managed Income CL A (FBLAX) | B | Dividend | K | T | | | | | |
| 11. Franklin Equity Income Fund CL A (FISEX) | A | Dividend | J | T | | | | | |
| 12. Franklin Growth Fund CL A (FKGRX) | B | Dividend | K | T | | | | | |
| 13. Franklin Growth Opptys Fd Cl A (FGRAX) | A | Dividend | J | T | | | | | |
| 14. Franklin High Income Fund A (FCHIX) | A | Dividend | J | T | | | | | |
| 15. Franklin Mutual Global Discovery Fund CL A (TEDIX) | B | Dividend | K | T | | | | | |
| 16. Franklin Mutual Shares Fund CL A (TESIX) | A | Dividend | J | T | | | | | |
| 17. Franklin Rising Dividends Fund CL A (FRDPX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Franklin Small-Mid Cap Grwth A (FRSGX) | C | Dividend | K | T | | | | | |
| 19. | Templeton Growth Fund CL A (TEPLX) | A | Dividend | K | T | | | | | |
| 20. | Franklin Total Return Fund CL A (FKBAX) | A | Dividend | K | T | | | | | |
| 21. | Franklin U S Government Securities Fund CL A (FKUSX) | A | Dividend | K | T | | | | | |
| 22. | IRA #2 (H) | | | | | | | | | |
| 23. | Franklin Growth Fund CL A (FGRAX) | A | Dividend | J | T | | | | | |
| 24. | Templeton Foreign Fund CL A (TFFAX) | A | Dividend | J | T | | | | | |
| 25. | Templeton Global Smaller Companies Fund CL A (TEMGX) | A | Dividend | J | T | | | | | |
| 26. | Templeton Growth Fund CL A (TEPLX) | A | Dividend | J | T | | | | | |
| 27. | Templeton World Fund CL A (TEMWX) | A | Dividend | J | T | | | | | |
| 28. | Franklin Total Return A (FKBAX) | A | Dividend | J | T | | | | | |
| 29. | Franklin US Govt Secs A (FKUSX) | A | Dividend | J | T | | | | | |
| 30. | IRA #3 (H) | | | | | | | | | |
| 31. | Cohen & Steers Preferred SEC & Income FD CL I (CPXIX) | B | Dividend | K | T | Buy | 03/05/19 | K | | |
| 32. | Doubleline Total Return Bond CL I (DBLTX) | | None | | | Buy | 10/01/19 | J | | |
| 33. | | | | | | Sold | 11/04/19 | J | | |
| 34. | Doubleline Shiller Enh Cape Fd (DSEEX) | B | Dividend | K | T | Sold (part) | 01/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 36. | | | | | Sold<br>(part) | 03/05/19 | K | A | |
| 37. | | | | | Buy<br>(add'l) | 08/13/19 | J | | |
| 38. | | | | | Buy<br>(add'l) | 08/14/19 | J | | |
| 39. | | | | | Sold<br>(part) | 08/27/19 | J | | |
| 40. | | | | | Sold<br>(part) | 09/17/19 | J | A | |
| 41. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 44. Invesco QQQ (QQQ) | A | Dividend | K | T | Sold<br>(part) | 01/10/19 | J | A | |
| 45. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 46. | | | | | Sold<br>(part) | 03/05/19 | K | B | |
| 47. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 49. | | | | | Sold<br>(part) | 07/12/19 | J | A | |
| 50. | | | | | Buy<br>(add'l) | 08/13/19 | J | | |
| 51. | | | | | Sold<br>(part) | 08/27/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 53. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 54. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 55. IShares Iboxx $ Min Vol USA ETF (LQD) | A | Dividend | | | Buy | 08/27/19 | J | | |
| 56. | | | | | Sold | 09/30/19 | J | | |
| 57. IShares Core S&P 500 (IVV) | A | Dividend | | | Sold (part) | 01/10/19 | J | | |
| 58. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 59. | | | | | Sold (part) | 03/05/19 | K | A | |
| 60. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 61. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 62. | | | | | Sold | 06/05/19 | K | A | |
| 63. IShares Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | | | Buy | 03/05/19 | K | | |
| 64. | | | | | Sold | 05/02/19 | K | A | |
| 65. IShares Edge MISC Min Vol USA ETF (USMV) | | None | | | Buy | 06/05/19 | K | | |
| 66. | | | | | Sold (part) | 09/17/19 | J | A | |
| 67. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 68. | | | | | Sold | 11/07/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ramos, Nelva G. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares MBS ETF Current Yield (MBB) | A | Dividend | | | Buy | 08/27/19 | J | | |
| 70. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 71. | | | | | Sold (part) | 04/17/19 | K | A | |
| 72. | | | | | Sold | 05/02/19 | K | A | |
| 73. | | | | | Buy | 06/05/19 | K | | |
| 74. | | | | | Sold (part) | 07/12/19 | J | A | |
| 75. | | | | | Buy (add'l) | 08/13/19 | J | | |
| 76. | | | | | Sold | 09/30/19 | J | | |
| 77. Lord Abbett Bond Debenture FD CL F (LBDFX) | A | Dividend | K | T | Buy | 03/05/19 | K | | |
| 78. Lord Abbett Short Duration In FD CL F (LDLFX) | A | Dividend | | | Buy | 09/30/19 | J | | |
| 79. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 80. | | | | | Sold | 11/04/19 | J | | |
| 81. Pimco Income Fund CL 12 (PONPX) | B | Dividend | K | T | Buy | 03/05/19 | K | | |
| 82. Ishares Inc Core MSCI Emerging Mkts ETF (IEMG) | | None | | | Buy | 01/10/19 | K | | |
| 83. | | | | | Sold | 02/14/19 | K | A | |
| 84. Vanguard Long Term Bond Current Yield (BLV) | A | Dividend | | | Buy | 08/27/19 | J | | |
| 85. | | | | | Sold | 09/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | | | Buy | 08/27/19 | J | | |
| 87. | | | | | Sold | 09/30/19 | J | | |
| 88. Vanguard Short Term Bond Current Yield (BSV) | A | Dividend | | | Buy | 08/27/19 | J | | |
| 89. | | | | | Sold | 09/30/19 | J | | |
| 90. SPDR Dow Jones Indust Av ETF (DIA) | A | Dividend | | | Sold (part) | 01/10/19 | J | | |
| 91. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 92. | | | | | Sold (part) | 03/05/19 | K | A | |
| 93. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 94. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 95. | | | | | Sold | 06/05/19 | K | A | |
| 96. | | | | | Buy | 07/12/19 | K | | |
| 97. | | | | | Sold | 08/13/19 | K | A | |
| 98. Vanguard 500 Index Fund (VOO) | A | Dividend | K | T | Buy | 06/05/19 | K | | |
| 99. | | | | | Sold (part) | 07/12/19 | J | A | |
| 100. | | | | | Buy (add'l) | 08/13/19 | J | | |
| 101. | | | | | Sold (part) | 08/27/19 | J | A | |
| 102. | | | | | Buy (add'l) | 09/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Nelva G.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 105.   529 PLAN #1 (H) | | | | | | | | | |
| 106.   Franklin Mod Alloc Age 13-16 A | None | K | T | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Franklin Managed Income CL A (FBLAX) was Franklin Balanced Fund CL A (FBLAX).

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Nelva G. Ramos**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544